1102

*In the Matter of the Marriage of* WENDY G. ALLAN, *Appellant,* and SAM SIEBEN, *Respondent.*

Appeal from a judgment of the Superior Court for Douglas County, No. 90-3-00036-3, John E. Bridges, J., entered November 7, 1995. *Reversed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kurtz, J.

THE STATE OF WASHINGTON, *Respondent,* v. STEPHEN JEREMIAH PERCER, *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 95-1-00256-0, Michael E. Cooper, J., entered February 16, 1996. *Affirmed* by unpublished *opinion per Kurtz, J., concurred in by* Schultheis, A.C.J., and Thompson, J. Pro Tem.

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL BALDERAS, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 95-1-50521-9, Philip Michael Raekes, J., entered March 26, 1996. *Affirmed* by unpublished opinion per Bastine, J. Pro Tem., concurred in by Sweeney, C.J., and Schultheis, J.

BOOK CITY, INC., *Appellant,* v. THE CITY OF SPOKANE, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-03298-7, Kenneth Kato, J., entered March 20, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, A.C.J., and Brown, J.